**Order entered July 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-01116-CR

**BRANDON CLYDE KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76511-M**

---

## ORDER

Before the Court is appellant's July 5, 2019 second motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before July 29, 2019. If appellant's brief is not filed by July 29, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.


/s/     BILL PEDERSEN, III
JUSTICE